■ The People of the State of New York, Respondent, v Lemuel Goodman, Appellant. [715 NYS2d 190] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: The record does not establish whether defendant was present at the *Sandoval* hearing. We therefore hold the case, reserve decision and remit the matter to Supreme Court for a reconstruction hearing (*see, People v James,* 245 AD2d 1115; *People v Johnson,* 206 AD2d 874, 875). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Robbery, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.